UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Lynn Dillard,

    Petitioner,

v.                                                                  Case No. 17-cv-4802 (JNE/DTS)
                                                                      ORDER

T.J. Watson, Warden,

    Respondent.

This case is before the Court on a Report and Recommendation [Docket No. 10] issued by the Honorable David T. Schultz, United States Magistrate Judge, on August 16, 2018. The Magistrate Judge recommended that Scott Lynn Dillard's Petition for a Writ of Habeas Corpus be denied and that this action be dismissed with prejudice. No objection to the Report and Recommendation has been received. The Court accepts the recommended disposition. *See* 28 U.S.C. § 636(b)(1) (2012). Therefore, IT IS ORDERED THAT:

    1.    Scott Lynn Dillard's Petition for a Writ of Habeas Corpus [Docket No. 1] is DENIED.

    2.    This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 13, 2018

                                                                               s/ Joan N. Ericksen
                                                                               JOAN N. ERICKSEN
                                                                               United States District Judge